**1607** ATTORNEY GENERAL vs. BOARD OF SUPERVISORS (Benzie), 34 M., 211.

To set aside and vacate certain action recently taken by respondents at Benzonia, which place the board recognized as the county seat.

Denied June 7, 1876.

The county seat was originally located at Frankfort, but the question of the removal to Benzonia was several years since submitted to a vote of the people. Upon canvass of the vote the proposition was declared carried. Two or three years later the supervisors assumed to reconsider this action and to declare the proposition not carried, but this last action was clearly invalid and the board was, therefore, warranted in treating it as void.

**1608** HARRINGTON (Pros. Atty.) vs. WANDS (Co. Clerk), 23 M., 384.

To compel respondent to maintain his office at the city of Port Huron, to which place relator insisted that the county seat had been removed.

Granted October 4, 1871.

**1609** DELBRIDGE vs. GREEN (County Clerk and Register of Deeds), 29 M., 120.

To compel respondent to keep his offices at Frankfort instead of Benzonia.

Denied April 7, 1874.

Held, that the writ would not, in such case, issue at the instance of a private individual, in the absence of any showing of a refusal by the proper public officer, upon request, to make the application, or that relator has any special interest in the matter not common to citizens generally. The proper public officer to apply in such case is the attorney-general.